Lillian Nacon, Appellee, v. Ira Isaacson and Ethel Isaacson, Appellants.

Gen. No. 42,730.

opinion filed December 13, 1943. Anderson & Roche, for appellants; no appearance for appellee. Opinion by JUSTICE MATCHETT. Not to be published in full.

Lillian Goldberg, Appellant, v. Christ Georgeadis, Appellee.

Gen. No. 42,660.

opinion filed December 13, 1943. Philip J. Simon, for appellant; Ed McTiernan and Jacob Levy, of counsel; Immenhausen, Banovitz, Balin & Goebel, for appellee; Meyer C. Balin, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.